AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | | |
|---|---|---|
| Ruth Calderon-Cardona, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:08-cv-01367-FAB |
| Democratic People's Republic of Korea, et al. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     07/16/2010     .
*Amended Order Revival: 04/16/2026*

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     04/30/2026

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RUTH CALDERON-CARDONA,
LUZ CALDERON-CARDONA,
LUIS CALDERON-CARDONA,
GLORIA CALDERON-CARDONA,
JOSE RAUL CALDERON-CARDONA,
ANA DELIA CALDERON-CARDONA,
HILDA CALDERON-CARDONA,
ANGEL CALDERON-GUZMAN,
MIGUEL CALDERON-GUZMAN,
SALVADOR CALDERON-MARTINEZ,
ANGEL LUIS RAMIREZ-COLON,
ANTONIA RAMIREZ-FIERO, *et al.*,

    **Plaintiffs,**

        **v.**

DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA, CABINET GENERAL
INTELLIGENCE BUREAU, JOHN DOE,

    **Defendants.**

**Civil No.** 08-1367 (FAB)

## JUDGMENT

In accordance with the order issued today (Docket No. 37), judgment is entered against defendants and in plaintiffs' favor.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, July 16, 2010.

        s/ Francisco A. Besosa
        FRANCISCO A. BESOSA
        UNITED STATES DISTRICT JUDGE

Certified to be a true & exact copy of the document
or an authorized electronic docket entry on file.
ADA I. GARCÍA-RIVERA
CLERK OF COURT
U.S. District Court for the District of Puerto Rico

By: _____
                Deputy Clerk
APR 3 0 2026
Date: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RUTH CALDERON-CARDONA,
LUZ CALDERON-CARDONA,
LUIS CALDERON-CARDONA,
GLORIA CALDERON-CARDONA,
JOSE RAUL CALDERON-CARDONA,
ANA DELIA CALDERON-CARDONA,
HILDA CALDERON-CARDONA,
ANGEL CALDERON-GUZMAN,
MIGUEL CALDERON-GUZMAN,
SALVADOR CALDERON-MARTINEZ,
PABLO TIRADO-AYALA,
ANTONIA RAMIREZ-FIERO,
      **Plaintiffs,**

                  **v.**                          **CIVIL NO.** 08-1367 (FAB)

DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA, CABINET GENERAL
INTELLIGENCE BUREAU, JOHN DOE,
      **Defendants.**

**AMENDED JUDGMENT**

In accordance with the order issued on July 16, 2010 (Docket No. 37), it is on August 5, 2010,

**ORDERED** that judgment be and is entered in favor of plaintiff Ruth Calderon-Cardona, in her individual capacity, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

Civil No. 08-1367 (FAB)                                                2

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Ruth Calderon-Cardona, in her capacity as personal representative of the Estate of Eladia Cardona-Rosario, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $8,000,000.00 (eight million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Luz Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Luis Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Gloria Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

Civil No. 08-1367 (FAB)                                                           3

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Jose Raul Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Ana Delia Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Hilda Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Salvador Calderon-Martinez, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiffs Angel Calderon-Guzman and Miguel Calderon-Guzman, in

Civil No. 08-1367 (FAB)                                                          4

their capacity as personal representatives of the Estate of Miguel Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Angel Luis Ramirez-Colon in his capacity as personal representative of the Estate of Pablo Tirado-Ayala, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $15,000,000.00 (fifteen million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Antonia Ramirez-Fiero, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $10,000,000.00 (ten million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of all plaintiffs collectively against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for punitive damages in the amount of

Civil No. 08-1367 (FAB)                                                    5

$300,000,000.00 (three hundred million dollars), to be divided equally by the plaintiffs; and it is

**FURTHER ORDERED** that defendants JOHN DOES 1-10 shall be and hereby are **DISMISSED** from this action **WITH PREJUDICE.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 5, 2010.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE

Certified to be a true & exact copy of the document or an authorized electronic docket entry on file.
**ADA I. GARCÍA-RIVERA**
**CLERK OF COURT**
U.S. District Court for the District of Puerto Rico

By: _____

APR 3 0 2026    Deputy Clerk

Date: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RUTH CALDERÓN-CARDONA, *et al.*,

    **Plaintiffs**,

           **v.**

DEMOCRATIC PEOPLE'S REPUBLIC OF
KOREA, *et al.*,

    **Defendants.**

**Civil No.** 08-1367 (FAB)

**AMENDED ORDER REVIVING JUDGMENT PURSUANT TO P.R.R. 51.1**

Upon consideration of "MOTION BY PLAINTIFFS TO REVIVE JUDGMENT PURSUANT TO P.R.R. 51.1" of the Puerto Rico Rules of Civil Procedure, and all papers and references submitted in connection with the motion, (Docket No. 54), it is ORDERED that the judgment entered on July 16, 2010, as amended by the judgment entered on August 5, 2010, is revived in the amounts listed in Docket Nos. 38 and 40, with post-judgment interest accruing from July 16, 2010.

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, April 16, 2026.

                s/ Francisco A. Besosa
                FRANCISCO A. BESOSA
                SENIOR UNITED STATES DISTRICT JUDGE

Certified to be a true & exact copy of the document
or an authorized electronic docket entry on file.
ADA I. GARCÍA-RIVERA
CLERK OF COURT
U.S. District Court for the District of Puerto Rico

By: _____
                   Deputy Clerk
APR 3 0 2026
Date: _____